UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVERETT COLLECTION, INC., <br><br> Defendants. | Case No. 07 Civ. 8171 <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Everett Collection, Inc. hereby states that there is no parent corporation or publicly held corporation that owns 10% or more of the stock of said defendant.

Dated: New York, New York
October 12, 2007

                                              COWAN, DEBAETS, ABRAHAMS &
                                              SHEPPARD LLP

                                              By: _____
                                                 Toby M. J. Butterfield
                                                 Nancy E. Wolff
41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Telecopier: (212) 974-8474

Attorneys for Defendant

{A060715.DOC\1}