UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PHOTOGRAPHY, INC., | ) |
| Plaintiff, | ) Case No. 07 Civ. 8171 |
| v. | ) NOTICE OF APPEARANCE |
| EVERETT COLLECTION, INC., | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendant Everett Collection, Inc. and demands that copies of all papers in this action be served upon the undersigned, to the attention of Toby Butterfield, Esq., at the office and address stated below.

Dated: New York, New York
October 12, 2007

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

By: _____
Toby M. J. Butterfield
Nancy E. Wolff
41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Telecopier: (212) 974-8474

Attorneys for Defendant

{A060719.DOC\1}