UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PHOTOGRAPHY, INC.,

                Plaintiff,

    v.

EVERETT COLLECTION, INC.,

                Defendants.

)
)
) **Case No. 07 Civ. 8171**
)
)
) **NOTICE OF APPEARANCE**
)
)
)
)

      **PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendant Everett Collection, Inc. and demands that copies of all papers in this action be served upon the undersigned, to the attention of Nancy E. Wolff, Esq., at the office and address stated below.

Dated: New York, New York
      October 15, 2007

                    COWAN, DEBAETS, ABRAHAMS &
                    SHEPPARD LLP

                    By: _Nancy E. Wolff_
                      Toby M. J. Butterfield
                      Nancy E. Wolff
                    41 Madison Avenue, 34th Floor
                    New York, New York 10010
                    Telephone:  (212) 974-7474
                    Telecopier:  (212) 974-8474

                    Attorneys for Defendant

{A060719.DOC\1}