10/15/2007  05:44   2126972528            EDWARD GREENBERG                PAGE 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

MICHAEL GRECCO PHOTOGRAPHY, INC.,

    Plaintiff,

v.

EVERETT COLLECTION, INC.,

    Defendants.

) Case No. 07 Civ. 8171 (CM)
)
) STIPULATION [AND ORDER]

IT IS HEREBY AGREED, by and between the undersigned counsel for all parties hereto, that defendant's time to answer, move or otherwise respond to the Complaint is hereby extended until Friday, November 9, 2007. Defendant Everett Collection, Inc. hereby waives objections to service of process.

Dated: New York, New York
      October 12, 2007

EDWARD C. GREENBERG, P.C.

By: _____
    Edward C. Greenberg
100 Park Avenue, 33rd Floor
New York, New York 10017
Telephone: (212) 697-8777

Attorneys for Plaintiff

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

By: _____
    Toby M. J. Butterfield
    Nancy E. Wolff
41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Telecopier: (212) 974-8474

Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.

Dated: 10/18/07

(A060720.DOC\1)