UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL GRECCO PHOTOGRAPHY, INC.,

            Plaintiff,

v.

EVERETT COLLECTION, INC.,

            Defendant.

Civil Action No. 07-CV-8171 (JCM)

**RULE 7.1 DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Everett Collection, Inc., hereby state that there is no parent corporation or publicly held corporation that owns 10% or more of the stock of defendant Everett Collection, Inc.

Dated: New York, New York
       November 9, 2007

                                      COWAN, DEBAETS, ABRAHAMS &
                                      SHEPPARD LLP

                                      By: _____
                                            Toby M. J. Butterfield
                                            Nancy E. Wolff

                                            41 Madison Avenue, 34th Floor
                                            New York, New York 10010
                                            Telephone: (212) 974-7474
                                            Telecopier: (212) 974-8474

                                            Attorneys for Defendant