Edward Greenberg, Esq. (ECG 5553)
EDWARD C. GREENBERG, P.C.
570 Lexington Ave. 17th Floor
New York, NY 10022
(212) 697-8777

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Index No.: 07 CIV 8171
                                                                       (Hon. Colleen McMahon)
MICHAEL GRECCO PHOTOGRAPHY, INC.

                      Plaintiffs,   **NOTICE OF EXAMINATION BEFORE TRIAL**

    - against -

 EVERETT COLLECTION, INC.

                      Defendants.
-------------------------------------------------------------------x
SIR(S)

      PLEASE TAKE NOTICE that pursuant to Article 31, Section 3101 et seq. of the C.P.L.R., the undersigned will take deposition upon oral testimony of the parties listed below as adverse parties at the date, time and place indicated below, concerning all of the relevant facts and circumstances in connection with this action, including negligence, contributory negligence, liability and damages.

      PLEASE TAKE FURTHER NOTICE, that the said persons to be examined are required to produce at such examination all books, papers and memoranda relating to the occurrence.

      PARTIES TO BE EXAMINED:    Ron Harvey

      DATE:    April 1, 2008

      TIME:    11:00 A.M.

|  |  |
|---|---|
| PLACE: | 570 Lexington Ave. 17th Floor<br>New York, New York 10022 |

Dated: February 25, 2007
       New York, New York

                                          Yours, etc.,

                                          /s/ Edward C. Greenberg
                                        Edward C. Greenberg, Esq. (ECG 5553)
                                          EDWARD C. GREENBERG, P.C.
                                          570 Lexington Ave. 17th Floor
                                          New York, NY 10022
                                          (212) 697-8777

To:
Nancy Wolff, Esq.
Toby Butterfield, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue 34th Floor
New York, New York 10010
Attorneys for Defendant