# EDWARD C. GREENBERG, P.C.
COUNSELORS AT LAW

570 LEXINGTON AVENUE, 17TH FLOOR
NEW YORK, NY 10022

**MEMO ENDORSED**

TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528
ecglaw@aol.com

Of Counsel:
Debra S. Reiser

[Stamp: CHAMBERS OF JAMES C. FRANCIS IV, UNITED STATES MAGISTRATE JUDGE — MAY 22, 2008]

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/29/08]

By Regular Mail
~~By Facsimile: (212) 805-7390~~
Magistrate Judge James C. Francis
United States Courthouse
500 Pearl St., Room 1960
New York, NY 10007

RE: Michael Grecco v. Everett Collection
Index No.: 1:07-cv-08171

Dear Hon Judge Francis:

We represent the plaintiff, professional photographer Michael Grecco, in the above captioned action. We appeared before your Honor for a settlement conference on February 22, 2008.

We have made numerous attempts to schedule the deposition of the defendants in this matter, as evidenced by the emails between counsel annexed hereto. We have also, despite never being noticed, offered up Mr. Grecco, a California resident, to be deposed by the plaintiff in New York. Despite these attempts, defendants have taken no action.

We have made every possible attempt to obviate motion practice in this matter but find ourselves at a standstill. Due to the current posture of the defendants we have been unable to move the case forward. Having exhausted our good faith efforts to advance this litigation, we seek the permission of your Honor to make the appropriate motion.

Very truly yours,

EDWARD C. GREENBERG

Cc: Toby Butterfield

---

*Handwritten endorsement:*

5/29/08

The discovery deadline in this case passed before any discovery disputes were raised with the Court. I am unable to extend the discovery deadline. See ¶ 8 of Judge McMahon's Nov. 16, 2007 Order. If and when Judge McMahon extends the deadline, I will consider the substance of the issues raised.

SO ORDERED.
James C. Francis IV
USMJ