UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MICHAEL GRECCO PHOTOGRAPHY, INC.

                Plaintiffs,

- against -

EVERETT COLLECTION, INC.

                Defendants.

------------------------------------------------------------------x

Index No.: 07 CIV 8171
(Hon. Colleen McMahon)

**AFFIDAVIT OF SERVICE**

I hereby certify that on June 27, 2008 I caused to be served by regular mail a true copy of the NOTICE OF MOTION TO COMPEL DISCOVERY OR IN THE ALTERNATIVE TO EXTENT THE DISCOVERY DEADLINE upon:

Toby Butterfield
Cowan DeBaets Abrahms & Sheppard LLP
41 Madison Avenue
New York, New York 100110

duly authorized representative for the defendants in this matter.

Sworn to me on: June 27, 2008

_____

RICHARD O'BRIEN

Christine Edwards
Notary Public, State of New York
No. 01ED6140798
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires February 13, 20_10_