UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVERETT COLLECTION, INC. <br><br> Defendant. | 07 CV 8171 (CM) |

### **DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS**

**PLEASE TAKE NOTICE THAT** Defendant EVERETT COLLECTION, INC., by its undersigned attorneys Cowan, DeBaets, Abrahams & Sheppard LLP, hereby move before the Honorable Colleen McMahon, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, for summary judgment on all claims pursuant to Federal Rule of Civil Procedure 56(b).

In support of this motion, Defendants will rely upon Memorandum of Law and the accompanying Declaration of Toby M.J. Butterfield and the exhibits attached thereto and the Declaration of Ron Harvey and the exhibit attached thereto, as well as all prior proceedings herein.

{A062364.DOC/1}

Dated: New York, New York
July 1, 2008

                    Respectfully submitted,

                    COWAN, DeBAETS, ABRAHAMS &
                        SHEPPARD, LLP

                    By: _____/s/_____
                        Toby M.J. Butterfield, Esq.
                        Nancy E. Wolff, Esq.
                    41 Madison Avenue- 34th Floor
                    New York, New York 10010
                    Tel:  (212) 974-7474
                    *Attorneys for Defendant*

TO:    Edward C. Greenberg, Esq.
        Edward C. Greenberg, P.C.
        570 Lexington Avenue, 17th Floor
        New York, New York 10022
        Tel (212) 697-8777
        *Attorneys for Plaintiff Michael Grecco Photography, Inc.*