U.S.C. § 505;

ON THE THIRD COUNT – an award of damages to be ultimately determined by this honorable court.

ON THE FOURTH COUNT – an award of damages to be ultimately determined by this honorable court.

ON THE FIFTH COUNT - an order permanently enjoining and prohibiting Defendant, including but not limited to wholly owned subsidiaries from all future uses, sales, transfers, assignments, or licensing of the subject image;

Prejudgment interest on all sums due;

And such other and further relief as this Court may deem just and proper.

Dated: New York, NY

September 17, 2007

Yours, etc.,

*[signature]*

Edward C. Greenberg, Esq. (ECG 5553)
570 Lexington Ave., 17th Floor
New York, NY 10022
(212) 697-8777

Attorneys for Plaintiff

**Image Id**

TSDMAWI EC028

**Caption**

MARRIED...WITH CHILDREN, Christina Applegate, 1987-1997. (c) Columbia Pictures Television/ Courtesy: Everett Collection.

**High Res Stats**

File Size = 589 kb
Width in Pixels = 1650
Height in Pixels = 2391
Resolution = 300 pixel/inch
Print Width in Inches = 5.50"
Print Height in Inches = 7.97"

Click to Download Preview

Go Back to Thumbnails





[Screenshot of Safari browser window showing Everett Digital preview display]

**Image Id**
TSDXFIL EC006

**Caption**
THE X-FILES, Gillian Anderson, David Duchovny, 1993-2002, TM and Copyright (c) 20th Century Fox Film Corp. All rights reserved. Courtesy: Everett Collection

**High Res Stats**
File Size = 306 kb
Width in Pixels = 1776
Height in Pixels = 1153
Resolution = 300 pixel/inch
Print Width in Inches = 5.92"
Print Height in Inches = 3.84"

Click to Download Preview

Go Back to Thumbnails













#0078



#0079
Form # VA-1226-3035

