

**Image Id**

TSDMAWI EC028

**Caption**

MARRIED... WITH CHILDREN, Christina Applegate, 1987-1997. (c) Columbia Pictures Television/ Courtesy: Everett Collection.

**High Res Stats**

File Size = 989 kb
Width in Pixels = 1660
Height in Pixels = 2391
Resolution = 300 Pixel/Inch
Print Width in Inches = 5.50"
Print Height in Inches = 7.97"

**Click to Download Preview**

**Go Back to Thumbnails**

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

Grecco Photography - X-Files / Fox 4

NATURE OF THIS WORK ▼ See instructions

Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco

DATES OF BIRTH AND DEATH
Year Born ▼ 1958     Year Died ▼

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ U.S.A.
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture     ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork       ☒ Photograph (s)     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design     ☐ Architectural work

---

Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

☐ 3-Dimensional sculpture     ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph         ☐ Text
☐ Reproduction of work of art ☐ Jewelry design     ☐ Architectural work

---

Year in Which Creation of This Work Was Completed   1993   This information must be given  Year in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month October   Day 25   Year 1993   ON OR ABOUT,
Nation USA

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

APPLICATION RECEIVED
_____
ONE DEPOSIT RECEIVED
_____
TWO DEPOSITS RECEIVED
_____
FUNDS RECEIVED
_____

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number   (310) 452-4461          Fax number   ( 310  452-4462

Email   michael@michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Michael Grecco Photography, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                              Date   11/29/06

Handwritten signature (X) ▼

X  _[signature]_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc.

Number/Street/Apt ▼
1701 Pier Avenue

City/State/ZIP ▼
Santa Monica, CA 90405

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,029

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA          VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

Grecco Photography - Xena 2

**NATURE OF THIS WORK** ▼ See Instructions

Photographs

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

NAME OF AUTHOR ▼

Michael Grecco

DATES OF BIRTH AND DEATH
Year Born ▼ 1958     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ U.S.A.
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph(s)  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Year in Which Creation of This Work Was Completed  1997
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work  ON OR ABOUT
Complete this information ONLY if this work has been published. Month June  Day 7  Year 1997
U.S.A.  Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number    ( 310 ) 452-4461        Fax number    ( 310 ) 452-4462

Email    michael@michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President                        **Date**    11/29/06

Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ |
|---|
| Michael Grecco Photography, Inc. |
| Number/Street/Apt ▼ |
| 1701 Pier Avenue |
| City/State/ZIP ▼ |
| Santa Monica, CA 90405 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application Form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
Website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000    Web Rev: June 2002    ⊕ Printed on recycled paper            U.S. Government Printing Office: 2003-496-605/60,029



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-220-302**



EFFECTIVE DATE OF REGISTRATION

SEP 22 2003
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Grecco Photography - Sentinel

**NATURE OF THIS WORK ▼** See instructions

Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1958

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____ U.S.A.
      Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)    **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph(s)      ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Check appropriate box(es)    **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph         ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
1996
◀ Year in all cases.
This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 5    Year ▶ 1996
◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

APPLICATION RECEIVED
SEP 22 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 22 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ page

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a
See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number ▶  (310) 452-4461          Fax number ▶ (310) 452-4462
Email ▶  michael@michaelgrecco.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☐ authorized agent of  Michael Grecco Photography, Inc.
                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President          Date ▶  8/18/03

Handwritten signature (X) ▼
X _____          8/18/03

**CERTIFICATION\*** — handwritten signature

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

As of July 1, 1999,
the filing fee for
Form VA is $30

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500
June 1999—100,000
WEB REV June 1999          ♺ PRINTED ON RECYCLED PAPER          *U S GOVERNMENT PRINTING OFFICE 1999-454-879/71



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL





**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

R   **VA 1-220-303**

EFFECTIVE DATE OF REGISTRATION

Sep  22  2003

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Grecco Photography - Luke Perry

**NATURE OF THIS WORK ▼** See instructions

Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give. **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**

a Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1958   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph (s)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** 1990
◀ Year This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 26   Year ▶ 1990
◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

DO NOT WRITE HERE OFFICE USE ONLY

**APPLICATION RECEIVED**
SEP 2 2 2003
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 2 2 2003
**FUNDS RECEIVED**

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at line 8   Page 1 of __ pages

EXAMINED BY ✋

CHECKED BY

☐ CORRESPONDENCE
    ☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

b

Area code and daytime telephone number ▶ ( 310 )  452-4461          Fax number ▶ ( 310 ) 452-4462
Email ▶    michael@michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                check only one ▶  { ☐ author
                                                                    ☐ other copyright claimant
                                                                    ☐ owner of exclusive right(s)
                                                                    ☒ authorized agent of  Michael Grecco Photography, Inc.
                                                                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                                          Date▶  8/18/03

       Handwritten signature (X) ▼
   X                                                                    8/18/03

**CERTIFICATE**
Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money  As of July 1, 1999,
   order payable to Register of Copyrights       the filing fee for
3. Deposit material                              Form VA is $30.
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV June 1999          ♻ PRINTED ON RECYCLED PAPER          ☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/71

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

**EFFECTIVE DATE OF REGISTRATION**

JUL 02 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼
Greco Photography 6/4/04 to 6/30/04

NATURE OF THIS WORK ▼
Photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a. Michael Greco Photography Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ U.S.A.

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☒ Photograph (s)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
OR Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
2004

b Date and Nation of First Publication of This Particular Work
Month ▶   Day ▶   Year ▶

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Michael Greco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED   JUL 02 2004
ONE DEPOSIT RECEIVED   JUL 02 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**6**

a

b

**7**

a

b

CORRESPONDENCE

Michael Grecco
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

Area code and daytime telephone number ▶ ( 310 ) 452 4461          Fax number ▶ ( 310 ) 452 4462

Email▶  michael@michaelgrecco.com

**8**

CERTIFICATION

{ ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive rights
  ☐ authorized agent of  **Michael Grecco Photography, Inc** }

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                          Date ▶  6/30/04

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Michael Grecco Photography Inc

Number/Street/Apt ▼
1701 Pier Avenue

City/State/ZIP ▼
Santa Monica CA 90405



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 632-558

EFFECTIVE DATE OF REGISTRATION

**JUL 0 2 2004**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

Grecco Photography 6/4/04 to 6/30/04

NATURE OF THIS WORK ▼ See instructions

Photographs

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

Michael Grecco Photography Inc

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ USA

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?  ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☒ Photograph(s)
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?  ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed    2004    ◀ Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published.    Month ▶        Day ▶        Year ▶        ◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED    **JUL 0 2 2004**
ONE DEPOSIT RECEIVED    **JUL 0 2 2004**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY ✓ | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography  Inc
1701 Pier Avenue
Santa Monica  CA 90405

b

Area code and daytime telephone number ▶ ( 310 ) 452 4461          Fax number ▶ ( 310 ) 452 4462

Email▶  michael @ michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography, Inc
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                          Date▶    6/30/04

Handwritten signature (X) ▼

👉  X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>Michael Grecco Photography  Inc | Complete all necessary spaces<br>Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>1701 Pier Avenue | 1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to *Register of Copyrights*<br>3. Deposit material |
| | City/State/ZIP ▼<br>Santa Monica  CA 90405 | Library of Congress<br>Copyright Office<br>101 Independence Avenue S E<br>Washington, D C 20559-6000 |

**9**

*17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ♻ PRINTED ON RECYCLED PAPER          ✭U S  GOVERNMENT PRINTING OFFICE 1999-454-879/71

WEB REV June 1999



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC  **VA 1-298-835**

EFF  **Dec 3 2004**
      Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**     Grecco Photography  Xena

**NATURE OF THIS WORK ▼ See instructions**     Photographs

Previous or Alternative Titles ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

## 2

**NAME OF AUTHOR ▼**     Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼  1958       Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☒ No

**Author's Nationality or Domicile**
Name of Country   OR { Citizen of _____ U S A
                         Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork     ☒ Photograph (s)   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**  Name of Author ▼

**Dates of Birth and Death**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

**Author's Nationality or Domicile**
Name of Country   OR { Citizen of _____
                         Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed   **1997** Year in all cases
This information must be given

**b** Date and Nation of First Publication of This Particular Work  Complete this information ONLY if this work has been published.
Month **June** Day **7** Year **1997**  Nation **U.S.A.**

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography Inc.
1701 Pier Avenue
Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By Assignment

**APPLICATION RECEIVED**  **DEC 03 2004**
**ONE DEPOSIT RECEIVED**  **DEC 03 2004**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ _____ Account Number ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography Inc
1701 Pier Avenue
Santa Monica CA 90405

Area code and daytime telephone number   ( 310 ) 452 4461          Fax number   ( 310 ) 452 4462

Email   michael@michaelgrecco com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Michael Grecco Photography Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Michael Grecco  President          Date   11/30/04

Handwritten signature (X) ▼

X _____          11/30/04

| Certificate will be mailed in window envelope to this address | Name ▼ Michael Grecco Photography, Inc. | |
| | Number/Street/Apt ▼ 1701 Pier Avenue | |
| | City/State/ZIP ▼ Santa Monica, CA 90405 | |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, DC 20559-6000

**9**

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REC  **VA 1-298-835**

[barcode] #U80901298835

EFF

**Dec 3 2004**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

Title of This Work ▼

Grecco Photography  Xena

NATURE OF THIS WORK ▼ See Instructions

Photographs

Previous or Alternative Titles ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

## 2

NAME OF AUTHOR ▼

Michael Grecco

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1958

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ } U S A
{ Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture   ☐ Map             ☐ Technical drawing
☐ 2 Dimensional artwork     ☒ Photograph (s)  ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ }
{ Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture   ☐ Map             ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph      ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

Year in Which Creation of This Work Was Completed
1997
This information must be given
Year in all cases

Date and Nation of First Publication of This Particular Work
Complete this information Month  June  Day  7  Year  1997
ONLY if this work has been published.
U.S.A.                                    Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Michael Grecco Photography  Inc.
1701 Pier Avenue
Santa Monica, CA 90405

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

APPLICATION RECEIVED
DEC 03 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 03 2004

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                         Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography  Inc
1701 Pier Avenue
Santa Monica  CA 90405

Area code and daytime telephone number   ( 310 )  452 4461                Fax number   ( 310 )  452 4462

Email   michael@michaelgrecco com

**CERTIFICATION*** I the undersigned  hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   Michael Grecco Photography  Inc
}

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Michael Grecco  President

Handwritten signature (X) ▼                                   Date   11/30/04

X _____                                   11/30/04

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br><br>Michael Grecco Photography  Inc<br><br>Number/Street/Apt ▼<br><br>1701 Pier Avenue<br><br>City/State/ZIP ▼<br><br>Santa Monica  CA 90405 | **9** |

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev  June 2002   Printed on recycled paper

U S Government Printing Office 2003-496  605/60 029

# EDWARD C. GREENBERG, PC

COUNSELORS AT LAW

100 PARK AVENUE, 33RD FLOOR

NEW YORK, NY 10017

TELEPHONE: (212) 697-8777

FACSIMILE: (212) 697-2528

ecglaw@aol.com

Of Counsel:
Debra S. Reiser

Erica J. Galinski

July 15, 2006

BY HAND

Mr. Michael Williams
Director of Photography
Everett Collection, Inc.
104 West 27th Street
3rd Floor
New York, NY 10001

Re: Michael Grecco Photography Inc. v. The Everett Collection
Our File: C374P/06

Dear Mr. Williams:

This office serves as retained litigation counsel to Michael Grecco, a photographer of considerable reputation.

His work has graced numerous magazine covers including most recently, Time Magazine (Steven Spielberg). His celebrity and advertising work has appeared in over fifty major publications. He has authored several books, is a lecturer/instructor on copyright (and other) issues, paid endorser of photographic goods and services and has served as an officer in major industry trade groups. We direct your attention to our client's website, michaelgrecco.com where you can view a representative portion of Mr. Grecco's published work. Please note the copyright notices appearing thereon.

It has come to our attention that The Everett Collection offers for sale on its site not less than twenty two images created by our client. Such posting is without the consent, knowledge or authorization of our client. Mr. Grecco holds the copyright in each and every image. Copies of each registration certificate on file with the United States Copyright Office are enclosed. We also enclose screen captures of the images as they appear on your site. The posting of the subject images constitutes copyright infringement(s) pursuant to Title 17 - The Copyright Act.

EDWARD C. GREENBERG, PC

Pg 2

You will note that on numerous of the images Mr. Grecco is listed as a copyright owner. Notwithstanding you have placed the imprimatur of your agency over our client's images. By holding out Mr. Grecco's images on your site and facilitating the sale and or license of same for compensation, your company has and continues to violate our client's copyrights in same.

Your use of our client's images post copyright and trade mark registrations makes you subject to awards of statutory damages and attorneys fees pursuant to applicable Federal Law. Such uses constitute wilful infringement under the law and we will act accordingly.

Such offering of his images is false and misleading in that by so doing your represent to the advertising, media and photographic communities that you are an authorized agent or representative of our client's work. You are not. Mr. Grecco's images are globally and legally represented by several representatives and stock agencies. Substantial revenues are earned thereby. Your actions as set forth herein, may seriously and adversely affect our client's assignment work as well as the willingness of celebrities to sit for him.

Our client aggressively protects both his copyrights and trade marks. He has instituted litigation through this office in New York and via his attorneys in both Los Angeles and Boston. Suits have been instituted in both state and federal courts both in New York and elsewhere. We fully intend to institute suit against the Everett Collection failing appropriate and prompt payment.

Pursuant to Federal Rule 11, formal request is made herein for the following information in order that we may form an appropriate demand for non-judicial settlement:

1. A full accounting setting forth the nature and extent of all licensing, sales or transactions of any kind (inclusive of research or package fees) in which Everett has participated involving our client's images. Such accounting to include all gross fees and monies received by Everett in consideration of such transactions, names of customers, dates of transactions and use(s) or purported licenses conveyed;

2. The identities of all customers, syndicators, stock agents, individuals and clients who have received and/or downloaded our client's images from your site or company irrespective of format;

3. Copies of all documents reflecting the purported sale or licensing by Everett to all entities or individuals;

4. Disclosure of any or all images created by our client and NOT included in the annexed enclosure. All requests contained herein are inclusive of any and all such images;

# Edward C. Greenberg, PC

Pg 3

5. Copies of any assignments, license(s), contract(s), permissions or documents of any kind upon which Everett relies for the proposition that if possesses any rights to display, license and/or sell any Grecco image;

6. Any documents upon which Everett intends to rely on for the proposition that it has authority to use or employ Mr. Grecco's registered trademark;

7. The source(s) from which Everett has obtained our client's images and the format(s) of images received by you. Clearly you have had our client's work (at least) scanned. Request is made herein that you provide the identities of those persons and/or entities who have reproduced, scanned, copied and/or provided caption information accompanying our client's images whether appearing on your site or in your files;

8. Copies of any advertising or promotional media used by Everett alone or in conjunction with others containing any of our client's images, trade mark and/or name;

9. Copies of any model or property releases in your possession, custody or control pertaining to any person, property or trade mark visible in any of the subject images. As you may know, Mr. Grecco does not participate in or allow the use of any celebrity image for uses violative of state or federal criminal, privacy and/or publicity statutes including but not limited to the New York Civil Rights Law Sections 50,51 and other substantially equivalents statutes in California, Florida and elsewhere.

Formal request is made herein that you *immediately* take down all of our client's images from your site and withdraw them from your files and the stream of commerce. We require a writing acknowledging that such action has been taken.   Please be advised that both our client and the undersigned are completely familiar with all of the business aspects pertaining to the syndication and licensing of photography and have often written, lectured and litigated such issues.

We respectfully suggest that you forward this letter to your attorneys.  Failing actual receipt of a meaningful written response from you or your legal counsel by July 19, 2006, we will be constrained to file suit in the United States District Court, Southern District of New York.

Very truly yours,

EDWARD GREENBERG

cc: Michael Grecco

═══NOTICE OF ENTRY═══

Please take notice that the within is a (certified) true copy
of a duly entered in the office of the clerk of the within
named court on

Dated:   New York, New York

Yours, etc.,
EDWARD C. GREENBERG, PC
Attorney for Plaintiff
570 Lexington Ave., 17th Floor
New York, New York 10022

To:

═══NOTICE OF SETTLEMENT═══

Please take notice that the                           of which the
within is a true copy will be presented for settlement to
for submission to one of the judges of the within named
Court, at Room      of the United States District Court of
the Southern District of New York    on the          day of
. , 2007 at  9:00 in the forenoon of said day.

Dated:   New York, NY

Yours, etc.,
Edward C. Greenberg, PC
570 Lexington Ave., 17th Floor
New York, New York 10022

To:

Index No.
United States District Court
Southern District of New York

MICHAEL GRECCO PHOTOGRAPHY, INC.

Plaintiff,

- against -

THE EVERETT COLLECTION

Defendant.

═══════════════════
COMPLAINT
═══════════════════

EDWARD C. GREENBERG, PC
ATTORNEY FOR PLAINTIFF
570 Lexington Ave., 17th Floor
New York, New York 10022
(212) 697-8777

To:

Service of the within

is hereby admitted.

Dated:

Attorneys for

Certified pursuant to 22 NYCRR 130-1.1a

EDWARD GREENBERG, ESQ.