## Summary of Judges Document Exhibit A Compared to Plaintiff's Complaint & Document Submission Containing Registration or Application Forms &

| Order Image Presented in Exhibit A by Plaintiff | Everett Caption Title | Registration No. Associated w/ Image in Complaint | Title of This Work Listed in Registration or Application | Date Grecco Signed Application |
|---|---|---|---|---|
| 1 | Married .. With Children, Christina Applegate | None provided | Grecco Photography - Applegate 4 | Nov 29 2006 |
| 2 | The X-Files, Gilliam Anderson, Yr. 1 portrait | None provided | Grecco Photography - X-Files / Fox 4 | Nov 29 2006 |
| 3 | The X-Files, Gilliam Anderson, David Duchovny | None provided | Grecco Photography - X-Files / Fox 4 | Nov 29 2006 |
| 4 | The X-Files, Gilliam Anderson, David Duchovny | None provided | Grecco Photography - X-Files / Fox 4 | Nov 29 2006 |
| 5 | XENA: Warrior Princess, Lucy Lawless, Renee O'Connor | None provided | Grecco Photography - Xena 2 | Nov 29 2006 |
| 6 | XENA- Warrior Princess, Lucy Lawless | None provided | Grecco Photography - Xena 2 | Nov 29 2006 |
| 7 | XENA- Warrior Princess, Kevin Smith (as Ares), Lucy Lawless (as Xena) | None provided | Grecco Photography - Xena 2 | Nov 29 2006 |
| 8 | XENA- Warrior Princess, Lucy Lawless | None provided | Grecco Photography - Xena 2 | Nov 29 2006 |
| 9 | XENA- Warrior Princess, Renee O'Connor | None provided | Grecco Photography - Xena 2 | Nov 29 2006 |
| 10 | The Sentinal, Richard Burgi, Garrett Maggart | presumably VA 1-220-302 | Grecco Photography - Sentinel | Aug 18 2003 |
| 11 | Beverly Hills, 90210, Luke Perry | presumably VA 1-220-303 | Grecco Photography - Luke Perry | Aug 18 2003 |
| 12 | Frankenstein - Parker Posey | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 13 | Frankenstein - Ivana Milicevic | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 14 | Frankenstein - Parker Posey | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 15 | Frankenstein - Parker Posey & Adam Goldberg | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 16 | Frankenstein - Vincent Perez | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 17 | Frankenstein - Michael Madsen | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 18 | Frankenstein - Vincent Perez | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 19 | Frankenstein - Adam Goldberg, Parker Posey, Vincent Perez, Thomas Kretschmann, Ivana Milicevic | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 20 | Frankenstein - Adam Goldberg | None provided | Grecco Photography 6/4/04 to 6/30/04 | Jun 30 2004 |
| 21 | Xena-Warrior Princess, Lucy Lawless | None provided | Grecco Photography Xena | Signature Page Not Provided |
| 22 | Hercules and Xena : The Animated Movie, Lucy Lawless | None provided | Grecco Photography Xena | Signature Page Not Provided |