# EDWARD C. GREENBERG, P.C.

COUNSELORS AT LAW

570 LEXINGTON AVENUE, 17TH FLOOR

NEW YORK, NY 10022

TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528
ecglaw@aol.com

Of Counsel:
Debra S. Reiser

November 15, 2007

BY HAND
Toby Butterfield, Esq.
Cowan, DeBaets, Abrahams & Sheppard LLP
41 Madison Avenue 34th Floor
New York, New York 10010

Re:  Grecco v Everett
Our File No.:  C374P/06

Dear

Enclosed, as per your request, please find our clients original contracts with various film studios as well as his deposits to the copyright office for each image referenced in the Everett complaint.

The contracts and copyright deposits are grouped together by the images they govern.  You will note that each and every contract indicates clearly and in no uncertain terms that "Michael Grecco retains the copyright to all photographs.  Michael Grecco also retains the right to use any photograph for personal portfolio and promotional use."

Please feel free to contact us with any questions you may have.

Very truly yours,

Richard O'Brien
Law Clerk for Edward Greenberg

MICHAEL GRECCO PHOTOGRAPHY, INC.

1701 PIER AVENUE
SANTA MONICA CA 90405
TELEPHONE 310.452.4461
FACSIMILE 310.452.4462
EMAIL michael@greccophoto.com

# FAX

**DATE :**            November 14, 2007

**TO :**              Edward Greenberg

**FACSIMILE # :**     212-697-2528

**FROM :**            Michael Grecco

**REGARDING :**

**PAGE 1 OF :**       10

Dear Edward Greenberg,

Please find to follow a copy of the original package that was send to the Copy Right office for the Xena photographs. Along with a copy of the client invoice and usage terms from the job.

Please let me know if you need anything else.

All the best,


Rebecca D. Shulman

# ASSIGNMENT INVOICE

TO: MAGGIE HAMILTON
DIRECTOR OF MARKETING
HAMILTON GRAY
3519 WEST SIXTH STREET
LOS ANGELES CA 90020
213-380-3933

INVOICE#     1910
DATE:     6/1/1997
P.O.#

JOB FOR: ERIK THOMPSON
MCA TELEVISION GROUP

JOB TITLE:     *HERCULES XENA*

DESCRIPTION:

FOR PHOTOGRAPHING *HERCULES AND XENA* IN AUCKLAND, NEW ZEALAND FROM 5/6/97 TO 5/13/97.

USE:

UNLIMITED USAGE RIGHTS ARE GRANTED TO THE CLIENT. MICHAEL GRECCO RETAINS THE COPYRIGHT TO ALL PHOTOGRAPHS. MICHAEL GRECCO ALSO RETAINS THE RIGHT TO USE ANY PHOTOGRAPH FOR PERSONAL PORTFOLIO AND PROMOTIONAL USE.

FEE:

| | | |
|---|---:|---:|
| 2 DAY(S) CREATIVE FEE @ | $2,250.00 | $4,500.00 |
| 2 DAY(S) TRAVELING @ | $375.00 | $750.00 |
| 2 DAY(S) LOCATION SCOUTING @ | $375.00 | $750.00 |
| 2 DAY(S) PREPARATION @ | $375.00 | $750.00 |
| | FEE TOTAL: | **$6,750.00** |

LABOR:

| | | |
|---|---:|---:|
| 9 DAY(S) ASSISTANT #1 @ | $175.00 | $1,575.00 |
| 3 DAY(S) ASSISTANT #2 @ | $150.00 | $450.00 |
| 2 DAY(S) ASSISTANT #3 @ | $150.00 | $300.00 |
| | LABOR TOTAL: | **$2,325.00** |

MATERIALS:

| | | |
|---|---:|---:|
| 288 ROLLS OF 2 1/4 COLOR @ | $10.00 | $2,880.00 |
| 19 FUJI INSTANT FILM (DOUBLE) @ | $30.00 | $570.00 |
| 288 ROLL(S) PROCESSED @ | $20.00 | $5,760.00 |
| | MATERIALS TOTAL: | **$9,210.00** |

PRODUCTION:

| | |
|---|---:|
| EQUIPMENT RENTALS: | $2,222.62 |
| SET CONSTRUCTION ( PLEXIGLASS) | $264.89 |
| EXPENDABLES: TAPE, GELS, FILTERS, BATTS., CINEFOIL, ETC. | $200.00 |
| AIRFARE WITH EXTRA BAGGAGE | $2,628.24 |
| HOTEL | $423.79 |
| VAN RENTALS | $807.93 |
| GRATUITIES | $62.00 |
| TAXIS | $48.45 |
| MEALS | $177.44 |
| PHONE & FAXES: LOCAL, L.D., & CELL W/L.D. & ACCESS | $58.50 |
| MESSENGERS TO AND FROM LAB | $72.00 |
| PRODUCTION TOTAL: | **$6,965.86** |

| | |
|---|---:|
| SUBTOTAL | $25,250.86 |
| SALES TAX @ 0.00% | $0.00 |
| FINAL TOTAL | $25,250.86 |
| ADVANCE/PAYMENT | $25,250.86 |
| **BALANCE     U.S.** | **$0.00** |

**NET 30 - DUE BY 7/1/97**

PLEASE MAKE CHECKS PAYABLE TO "MICHAEL GRECCO", SS# 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

## TERMS AND CONDITIONS

1. **Acceptance of terms.** The photographs which are subject of this agreement are sent on the condition that the terms stated below are agreed to in full. Holding photographs beyond five days constitutes acceptance of these terms, including agreement to the liquidated damages provision. If you do not agree to all the terms of this agreement, please return all photographs at once.

2. **Copyright protection/credit line.** Client acknowledges that Michael Grecco Photography owns the copyright to the photographs and agrees to take all necessary precautions to insure protection of such copyright.
   a) For non-editorial use, client will provide copyright protection by placing proper copyright notice on any use. Proper notice is © (year) Michael Grecco.
   b) For editorial use, a credit line in the form as (year) Michael Grecco shall appear adjacent to or within the photograph itself in type no smaller than that of related text. Failure to include the foregoing shall result in a triple fee. Client acknowledges that such triple fee is fair and reasonable for the loss of recognition and lack of copyright protection resulting from the failure to give proper copyright notice or credit line.

3. **Scope of license.** Rights granted are for one use only (excluding buy-outs). Rights granted under this license may not be assigned or transferred without written permission. Materials may not be reproduced, copied, projected, combined or otherwise used without express written consent. No rights are granted until payment is received by Michael Grecco Photography.

4. **Model releases.** No model releases exist unless specified by Michael Grecco Photography. Client acknowledges that Michael Grecco Photography makes no warranty of model release for photographs supplied under this agreement.

5. **Notice and copies.** Client will provide Michael Grecco Photography with details of all photographs before use and provide Michael Grecco Photography with two free copies of all photographs appearing in print within seven days of printing.

6. **Return of photographs.** All photographs shall be returned undamaged within 30 days of client's receipt unless specifically agreed otherwise in writing by Michael Grecco Photography. Return of photographs must be by registered mail, air freight or bonded messenger, in all cases fully insured with return receipt requested. Client retains responsibility for safe return of photographs and liability for damage thereto until received by Michael Grecco Photography or his authorized agent. All photographs not returned within 30 days of receipt by the client will be subject to a holding charge of $5.00 per week per image unless otherwise agreed in writing.

7. **Lost or damaged photographs.** The parties acknowledge that it is difficult and impractical to determine the exact value of each photograph subject to this agreement. Therefore the parties agree that the reasonable value of each original photograph lost, damaged or altered is $1,500.00 per photograph unless another value is agreed on in writing. The parties also agree that $100.00 is a reasonable fee for each lost or damaged duplicate photograph of which Michael Grecco Photography holds the undamaged original. Acceptance of this liquidated damages provision by client is a material consideration for delivery by Michael Grecco Photography of the class of photographs governed by this agreement.

8. **Vicarious responsibility.** Client accepts responsibility and liability for all acts of its employees, agents, designs, messengers, printers, shippers, researchers and all others acting at its request or on its behalf.

9. **Indemnity.** Client agrees to hold Michael Grecco Photography and any other photographer harmless and to indemnify them from all claims, liabilities, damages and expenses, including reasonable attorney's fees, arising out of any use of photographs supplied by Michael Grecco Photography including, but not limited to those arising from misuse of photographs, privacy claims and lack of model releases.

10. **Default.**
    a) All bills are due immediately upon receipt of the described photographs and must be paid before any use is made of photographs supplied. Use prior to full payment, or any misuse, damage or loss of photographs, will be a default under this agreement.
    b) Interest on any defaulted amount will occur from the date of first use, misuse, damage, loss or any other event until paid in full, at a rate of 1.65% monthly or the maximum rate permitted by law.
    c) A late charge of 1.65% monthly of the defaulted amount due but not paid will be assessed on the default. This late charge is intended by both parties as fair compensation to Michael Grecco Photography for the inconvenience occasioned by the default and the cost of carrying a defaulted account.
    d) All cost of collection of defaulted accounts, including interest and late charges, will be charged to client as an addition to the amount payable. These costs of collection include but are not limited to, reasonable attorney's fees and court costs.

11. **Governing Law.** This agreement is governed by the laws of the state of California.

12. **Attorney's fees.** In the event of litigation between parties to this agreement concerning the subject of this agreement, the prevailing party will be entitled to recover reasonable attorney's fees and the cost of suit from the other party.

13. **Waiver.** No action of Michael Grecco Photography other than a written waiver may be construed as waiving any part of this agreement, and no written waiver may be construed as waiving any part of the agreement beyond what it specifically covers.

14. **Arbitration.**
    a) Any controversy between the parties regarding the construction or application, and any claim arising out of this agreement or its default or breach, will be submitted to binding arbitration on written request by any party to the other.
    b) The parties will each appoint one person to hear and determine the dispute. There two arbitrators will choose a third arbitrator whose decision will be binding on both parties. The cost of any arbitration will be allocated among the parties in the proper proportions decided by the arbitrators, based on the merits of the case and each party's good faith efforts to handle the dispute.
    c) The arbitrators will be governed and enforced under the provisions of the California Arbitration Law, Code of Civil Procedure sections 1280 and following (or any other similar successor statute).

15. **Estimates.** All expense estimates are subject to normal trade variance of 10%.

16. **Copyright Jurisdiction.** Client hereby expressly consents to the jurisdiction of the Federal courts with respect to claims by Michael Grecco Photography under the Copyright Act of 1976, as amended.

17. **Overtime.** In the event shoot extends beyond eight (8) consecutive hours, Michael Grecco Photography may charge for such excess time of assistants and freelance staff at the rate of one-and-one-half their hourly rates.

18. **Reshoots.** Client will be charged 100% fee and expenses for any reshoot required by Client. For any reshoot required because of an act of God or the fault of a third party, Michael Grecco Photography will charge no additional fee and Client will pay off expenses. If Michael Grecco Photography charges for special contingency insurance and is paid in full for the shoot, Client will not be charged for any expenses covered by insurance. A list of exclusions from such insurance will be provided on request.

19. **Cancellations and postponements.**
    a) Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50% of Michael Grecco Photography's fee. If notice of cancellation is given less than two (2) business days before the shoot date, Client will be charged 100% fee.
    b) Weather postponements. Unless otherwise agreed, Client will be charged 100% fee if postponement is due to weather conditions while on location and 50% fee if postponement occurs before departure to location.

20. **Severability.** If any provision is found unenforceable, the remaining terms will be unaffected and will remain in force.

21. **Time is of the essence.** Time is of the essence with respect to payment and return of materials.

22. **Buy-outs.** Notwithstanding any of the foregoing, "buy-outs" entitle client to multiple uses of the photos with copyright notices whenever published. Commercial exploitation of any part of any photo in any form is strictly prohibited.

23. **Entire agreement.** This agreement contains the entire agreement between client and Michael Grecco Photography. It supersedes all prior agreements oral and written, between them with respect to the photographs, and no other agreement between them for the subject matter of this agreement is valid or binding. This agreement may be modified only in a writing signed by both parties.

**Form VA**
For a Work of the Visual Arts
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

# #0136

| VA | VAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Grecco Photography - Xena 2

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1956        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ U.S.A.
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☒ Photograph(s)    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**Year in Which Creation of This Work Was Completed**
1997
This information must be given in all cases.
Year

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month June    Day 7    Year 1997    ON OR ABOUT,    U.S.A.    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

MICHAEL GRECCO PHOTOGRAPH    310452442

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405
Area code and daytime telephone number    ( 310 ) 452-4461        Fax number    ( 310 ) 452-4462
Email    michael@michaelgrecco.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ authorized agent of  Michael Grecco Photography, Inc.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President

Handwritten signature (X) ▼
X _____        Date    11/29/06

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

9

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000    Web Rev. June 2002    ⊛ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60,029







MICHAEL GRECCO PHOTOGRAPH    3104524462    P.9







**FedEx**

<< Log out    Home

Ship    Track/History

@Quickhelp

Your Shipment Details

Ship to:
JOY BURNS
COPYRIGHT OFFICE
101 INDEPENDENCE AVE,
SE
WASHINGTON, DC
205596000
US
202-707-8239

From:
Michael Grecco
MGP, INC
1701 PIER AVENUE
SANTA MONICA, CA
90405
US
3104524461

Tracking no:          798555368530
Your reference:       legal & professional
Ship date:            Dec 04 2006
Service Type:         Standard Overnight

Package Type:             FedEx Box
Pickup/Drop Off:         Drop Off
Weight:                   1 LBS
Dimensions:              0 x 0 x 0 in
Declared Value:          0 USD
Shipper Account Number:  109850837
Bill transportation to:  109850837
Courtesy Rate Quote      *26.7
List Rates:              34.42
Effective Net Discount:  7.72
Special Services:        Direct signature required
Purpose:
Shipment Type:           Express

Print

**Please Note**

· *The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**TrackingUpdates@fedex.com, 12/5/06 12:04 PM -0500, FedEx Shipment 798555368530 De**    1

Delivered-To: michael@michaelgrecco.com
From: TrackingUpdates@fedex.com
Date: Tue, 5 Dec 2006 10:57:02 -0600 (CST)
Reply-To: <trackingmail@fedex.com>
To: <michael@michaelgrecco.com>
Subject: FedEx Shipment 798555368530 Delivered
X-FedExNet-Message-ID: PN45336214305

_____
_____

This tracking update has been requested by:

Company Name: MGP, INC

Name: Michael Grecco

E-mail: michael@michaelgrecco.com

_____
_____

Our records indicate that the following shipment has been delivered:

Tracking number:          <u>798555368530</u>
Reference:                legal & professional
Ship (P/U) date:          Dec 4, 2006
Delivery date:            Dec 5, 2006 10:55 AM
Sign for by:              R.WALKER
Delivered to:             Shipping/Receiving
Service type:             FedEx Standard Overnight
Packaging type:           FedEx Box
Number of pieces:         1
Weight:                   2.0 LB

Shipper Information              Recipient Information
Michael Grecco               JOY BURNS
MGP, INC                     COPYRIGHT OFFICE
1701 PIER AVENUE                101 INDEPENDENCE AVE, SE
SANTA MONICA                 WASHINGTON
CA                      DC
US                      US
90405                   205596000

Special handling/Services:
Deliver Weekday
Direct Signature Required

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:46 AM CST
on 12/05/2006.

_____
**Printed for Michael Grecco <michael@michaelgrecco.com>**    1

... fees are subject to change.
... check the Copyright Office
... copyright.gov, write the Copy-
... (202) 707-3000.



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA                    VAU
EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

# # 0112

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼                                    NATURE OF THIS WORK ▼ See Instructions

Grecco Photography - Xena                    Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

NAME OF AUTHOR ▼                                    DATES OF BIRTH AND DEATH
Michael Grecco                                        Year Born ▼        Year Died ▼
                                                      1958

Was this contribution to the work a "work made for hire"?        Author's Nationality or Domicile
Name of Country
☐ Yes        OR { Citizen of _____ U.S.A. _____
☒ No              Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☒ No        If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?     ☐ Yes  ☒ No

Nature of Authorship Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork          ☒ Photograph (s)   ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼                                    Dates of Birth and Death
                                                    Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?        Author's Nationality or Domicile
Name of Country
☐ Yes        OR { Citizen of _____
☐ No              Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?        ☐ Yes  ☐ No        If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?     ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es).See Instructions
☐ 3-Dimensional sculpture        ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph       ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design   ☐ Architectural work

---

Year in Which Creation of This Work Was Completed        Date and Nation of First Publication of This Particular Work
1997        Year    This information must be given in all cases.    Complete this information ONLY if this work has been published.    Month June  Day 7  Year 1997
                                                                                                                              U.S.A.        Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
                 • See detailed instructions.    • Sign the form at line 8.                          Page 1 of _____ pages




**FedEx**

Ship | Track/History | Address Book | Preferences | FastShip | Reports | MyProfile

Log out    Home





? Quick help

**Ship to:**

JOY BURNS
COPYRIGHT OFFICE
101 INDEPENDENCE AVE,
SE
WASHINGTON, DC
205596000
US
202-707-8239

**From:**

Michael Grecco
MGP, INC
1701 PIER AVENUE
SANTA MONICA, CA
90405
US
3104524461

Tracking no: 790844666502
Your reference: Legal & Profesional
Ship date: Nov 30 2004
Service Type: FedEx 2-Day

| Package Type: | FedEx Envelope |
| Pickup/Drop Off: | Drop Off |
| Weight: | 1 LBS |
| Dimensions: | 0 x 0 x 0 |
| Declared Value: | 0 USD |
| Shipper Account Number: | 109850837 |
| Bill Shipment To: | 109850837 |
| Courtesy Rate Quote | *9.19 |
| List Rates: | 12.10 |
| Effective Net Discount: | 2.91 |
| Discounted variable % | 0.00 |
| List variable % | 0.00 |
| Special Services: | Signature Required |
| Shipment Type: | Express |

[Print]

Return to next steps

## Please Note

*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

FedEx, 12/3/04 12:14 PM -0500, FedEx shipment 790844666502

1

Date: Fri, 3 Dec 2004 11:14:54 -0600 (CST)
From: FedEx <donotreply@fedex.com>
Reply-To: FedEx <donotreply@fedex.com>
To: <michael@michaelgrecco.com>
Subject: FedEx shipment 790844666502
X-FedExNet-Message-ID: P434975085

Our records indicate that the shipment sent from Michael Grecco/MGP, INC
to JOY BURNS/COPYRIGHT OFFICE has been delivered.
The package was delivered on 12/03/2004 at 11:20 AM and signed for
or released by .

The ship date of the shipment was 12/01/2004.

The tracking number of this shipment was 790844666502.

FedEx appreciates your business. For more information about FedEx services,
please visit our web site at http://www.fedex.com

To track the status of this shipment online please use the following:
http://www.fedex.com/cgi-bin/tracking?tracknumbers=790844666502&action=track&language=english&cntry_co
de=us

Disclaimer
-----------------------------------------------
FedEx has not validated the authenticity of any email address.

MICHAEL GRECCO PHOTOGRAPHY, INC.

1701 PIER AVENUE
SANTA MONICA CA 90405
TELEPHONE 310.452.4461
FACSIMILE 310.452.4462
EMAIL michael@greccophoto.com

# FAX

**DATE :**

**TO :**  November 14, 2007

**FACSIMILE # :**  Edward Greenberg

**FROM :**  212-697-2528

**REGARDING :**  Michael Grecco

**PAGE 1 OF :**  8

Dear Edward Greenberg,

Please find to follow a copy of the original package that was send to the copy right office for the X-Files photographs. Along with a copy of the client invoice and usage terms from the job.

Please let me know if you need anything else.

All the best,

Rebecca D. Shulman

# ASSIGNMENT INVOICE

TO: ERIN O'DONNELL
ACCOUNT EXECUTIVE
KESWICK HAMILTON SYGMA
3519 WEST SIXTH STREET
LOS ANGELES CA 90020
213-380-3933

INVOICE#    1211
DATE:    6/25/1993
P.O.#

JOB FOR:

DESCRIPTION:                                         JOB TITLE:            X FILES

FOR PHOTOGRAPHING THE X FILES FOR FOX BROADCASTING.

USE:

F.B.C. ALL RIGHTS FOR PUBLICITY AND ADVERTISING ONLY. MICHAEL GRECCO PHOTOGRAPHY, INC. RETAINS THE COPYRIGHT TO ALL PHOTOGRAPHS AND THE RIGHT TO USE ANY PHOTOGRAPHS FOR PERSONAL PORTFOLIO AND PROMOTIONAL USE.

FEE:

| | | |
|---|---|---|
| 1 DAY(S) CREATIVE FEE @ | $2,625.00 | $2,625.00 |
| 1 DAY(S) PREPARATION @ | $1,312.50 | $1,312.50 |
| | FEE TOTAL: | **$3,937.50** |

LABOR:

| | | |
|---|---|---|
| 2.5 DAY(S) ASSISTANT #1 @ | $150.00 | $375.00 |
| 2 DAY(S) ASSISTANT #2 @ | $150.00 | $300.00 |
| 2 DAY(S) ASSISTANT #3 @ | $150.00 | $300.00 |
| 24 HOURS OVER TIME @ | $22.50 | $540.00 |
| | LABOR TOTAL: | **$1,515.00** |

MATERIALS:

| | | |
|---|---|---|
| 46 ROLLS OF 2 1/4 COLOR @ | $10.00 | $460.00 |
| 45 ROLLS OF 2 1/4 B & W @ | $10.00 | $450.00 |
| 12 POLAROID 669 @ | $20.00 | $240.00 |
| 91 ROLLS PROCESSED WITH EXTRA SNIPS @ | $20.00 | $1,820.00 |
| 400 IMAGES SLEEVED @ | $0.10 | $40.00 |
| | MATERIALS TOTAL: | **$3,010.00** |

PRODUCTION:

| | | |
|---|---|---|
| EQUIPMENT RENTALS: CAMERAS AND LIGHTS | | $1,195.00 |
| EXPENDABLES: TAPE, GELS, FILTERS, BATTS., CINEFOIL. | | $100.00 |
| INSURANCE | | $100.00 |
| SET CONSTRUCTION: BALANCE BILLED DIRECT TO FOX | | $2,925.00 |
| MEALS | | $37.33 |
| 100 MILES @ | $0.34 | $34.00 |
| PHONE CALLS L.D. AND CEL. W/ ACCESS | | $50.00 |
| MESSENGERS TO AND FROM LAB | | $72.00 |
| | PRODUCTION TOTAL: | **$4,513.33** |

| | |
|---|---|
| SUBTOTAL | $12,975.83 |
| SALES TAX @ 0.00% | $0.00 |
| FINAL TOTAL | $12,975.83 |
| ADVANCE/PAYMENT | $12,975.83 |
| **BALANCE    U.S.** | **$0.00** |

**NET 30 · DUE BY 7/25/93**

PLEASE MAKE CHECKS PAYABLE TO "MICHAEL GRECCO". SS# 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

PHOTOGRAPH   3104524462

P-3

## TERMS AND CONDITIONS

1. **Acceptance of terms.** The photographs which are subject of this agreement are sent on the condition that the terms stated below are agreed to in full. Holding photographs beyond two days constitutes acceptance of these terms, including agreement to the liquidated damages provision. If you do not agree to all the terms of this agreement, please return all photographs at once.

2. **Copyright protection/credit line.** Client acknowledges that Michael Grecco Photography owns the copyright for the photographs and agrees:
   a) For non-editorial use, client will provide copyright protection by placing proper copyright notice on their use. Proper notice is © (year) Michael Grecco.
   b) For editorial use, a credit line in the form of (year) Michael Grecco shall appear adjacent to or within the photograph itself in type no smaller than that of recognition and lack of copyright protection resulting from the failure to give proper copyright notice, or credit line.

3. **Scope of license.** Rights granted are for one use only including buy-outs. Rights granted under this license may not be assigned or transferred without written permission. Materials may not be reproduced, copied, scanned, synchronized or otherwise used without express written consent. No rights are granted until payment is received by Michael Grecco Photography.

4. **Model releases.** No model releases exist unless specified by Michael Grecco Photography. Client acknowledges that Michael Grecco Photography makes no warranty of model release for photographs supplied under this agreement.

5. **Holds and copies.** Client will provide Michael Grecco Photography with details of all photographs before use and provide Michael Grecco Photography with two free copies of all photographs appearing in print within seven days of printing.

6. **Return of photographs.** All photographs shall be returned undamaged within 30 days of client's receipt unless specifically agreed otherwise in writing by Michael Grecco Photography. Return of photographs must be by registered mail, air freight or bonded messenger, in all cases fully insured with return receipt requested. Client retains responsibility for safe return of photographs and liability for damage thereto until received by Michael Grecco Photography or its authorized agent. All photographs not returned within 30 days of receipt by the client will be subject to a holding charge of $5.00 per week per image unless otherwise agreed in writing.

7. **Lost or damaged photographs.** The parties acknowledge that it is difficult and impractical to determine the exact value of each photograph subject to this agreement. Therefore the parties agree that the reasonable value of each original photograph lost, damaged or altered is $1,500.00 per photograph unless another value is agreed in writing. The parties also agree that $100.00 is a reasonable fee for each lost or damaged duplicate photograph of which Michael Grecco Photography holds the original. Acceptance of this liquidated damages provision by client is a material consideration for delivery by Michael Grecco Photography to the client of photographs governed by this agreement.

8. **Vicarious responsibility.** Client accepts responsibility and liability for all acts of its employees, agents, assigns, messengers, printers, shippers, researchers and all others acting at the request or on its behalf.

9. **Indemnity.** Client agrees to hold Michael Grecco Photography and any other photographer harmless and to indemnify them from all claims, liabilities, damages and expenses, including reasonable attorney's fees, arising out of any use of photographs supplied by Michael Grecco Photography including, but not limited to those arising from misuse of photographs, privacy claims and lack of model releases.

10. **Default.**
   a) All bills are due immediately upon receipt of the described photographs and must be paid before any use is made of photographs supplied. Use arises at full payment, or any misuse, alteration or loss of photographs, whichever is first.
   b) Interest on any defaulted amount will occur from the date of last use, misuse, damage, loss or any other event under this agreement at a rate of 1.66% monthly or the maximum rate permitted by law.
   c) A late charge of 1.66% monthly of the defaulted amount due but not paid will be assessed on the default. This late charge is intended by both parties as fair compensation to Michael Grecco Photography for the inconvenience occasioned by the default and the cost of carrying a defaulted account.
   d) All cost of collection of defaulted accounts, including interest and late charges, will be charged to client as an addition to the amount payable. These kinds of actions include but are not limited to, reasonable attorney's fees and court costs.

11. **Governing law.** This agreement is governed by the law of the state of California.

12. **Attorney's fees.** In the event of litigation between parties to this agreement concerning the subject of this agreement, the prevailing party will be entitled to recover reasonable attorney's fees and the cost of suit from the other party.

13. **Waiver.** No action of Michael Grecco Photography other than a written waiver may be construed as waiving any part of the agreement beyond what is specifically covered.

14. **Arbitration.**
   a) Any controversy between the parties regarding the construction or application of this agreement, and any claim arising out of this agreement or its default or breach, will be submitted to binding arbitration on written request by one party to the other.
   b) The parties will each appoint one person to hear and determine the dispute. These two arbitrators will choose a third arbitrator whose decision will be binding on both parties. The cost of any arbitration will be allocated among the parties in the proper proportions decided by the arbitrators, based on the merits of the case, and each party in good faith efforts to handle the dispute.
   c) The arbitrators will be governed and enforced under the provisions of the California Arbitration Law, Code of Civil Procedure section 1280 and following or any other similar statutory requirements.

15. **Estimates.** All expense estimates are subject to normal trade variance of 10%.

16. **Copyright jurisdiction.** Client hereby expressly consents to the jurisdiction of the Federal courts with respect to claims by Michael Grecco Photography under the Copyright Act of 1976, as amended.

17. **Overtime.** In the event of poor attention beyond eight (8) consecutive hours, Michael Grecco Photography may charge for such excess time of assistants and freelancers at the rate of one and one-half their hourly rates.

18. **Reshoots.** Client will be charged 100% fee and expenses for any reshoot required by client. For any reshoot required because of an act of God or the fault of a third party, Michael Grecco Photography will charge no additional fee and client will pay all expenses. If Michael Grecco Photography charges for special contingency insurance and is paid in full for the shoot, client will not be charged for any expenses covered by insurance. A list of exclusions from such insurance will be provided on request.

19. **Cancellations and postponements.**
   a) Client is responsible for payment of all expenses incurred up to the time of cancellation, plus 50% of Michael Grecco Photography's fee, if notice of cancellation is given less than two (2) business days before the shoot date. Client will be charged 100% fee.
   b) Weather postponements. Unless otherwise agreed, client will be charged 100% fee if postponement is due to weather conditions while on location and 50% fee if postponement occurs before location to location.

20. **Separability.** If any provision is found unenforceable, the remaining terms will be unaffected and will remain in force.

21. **Time is of the essence.** Time is of the essence with respect to payment and return of materials.

22. **Buy-outs.** Notwithstanding any of the foregoing, "buy-outs" entitle client to multiple uses of the photos with copyright notices whenever published. Commercial exploitation of any part of any photo in any form is expressly prohibited.

23. **Entire agreement.** This agreement contains the entire agreement between client and Michael Grecco Photography. It supersedes all other agreements, oral and written, between them with respect to the photographs, and no other agreement between them for the subject matter of this agreement is valid or binding. This agreement may be modified only in a writing signed by both parties.

PHOTOGRHPH   3104524462

**#0138**

Ⓒ **Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                    VAU

EFFECTIVE DATE OF REGISTRATION

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

Grecco Photography - X-Files / Fox 4

**NATURE OF THIS WORK ▼** See Instructions

Photographs

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1958        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____ U.S.A.
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes ☒ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☒ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map
☐ 2-Dimensional artwork          ☒ Photograph (s)
☐ Reproduction of work of art    ☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes ☐ No     If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture        ☐ Map
☐ 2-Dimensional artwork          ☐ Photograph
☐ Reproduction of work of art    ☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

Year in Which Creation of This Work Was Completed
1993
This information must be given in all cases.
Year In all cases.

Date and Nation of First Publication of This Particular Work
Complete this information Month October Day 25 Year 1993
ONLY if this work has been published.
ON OR ABOUT,
USA    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

PHOTOGRHPH  3104524462

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number  ( 310 )  452-4461              Fax number  ( 310 )  452-4462
Email  michael@michaelgrecco.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  {  ☐ author
                     ☐ other copyright claimant
                     ☐ owner of exclusive right(s)
                     ☐ authorized agent of  Michael Grecco Photography, Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President

Handwritten signature (X) ▼                                                Date  11/29/06

X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000    Web Rev: June 2002    ✹ Printed on recycled paper                    U.S. Government Printing Office: 2003-496-605/60,029

PHOTOGRAPH    3104524462

Safari  File  Edit  View  History  Bookmarks  Window  Help

http://everettdigitalny.com/LBD/ECMain.srptEC=KG62Xheaf%igTtXTf.MeKHAImageId=TSDXRF...

Preview Display



**Image Id**

TSDXRF_PF013

**Caption**

THE X-FILES, Gillian Anderson, Yr.1 portrait, 1993-1994, TM and Copyright © 20th Century Fox Film Corp. All rights reserved. Courtesy: Everett Collection.

**High Res Stats**

File Size = 1689 kb
Width in Pixels = 1712
Height in Pixels = 2424
Resolution @ 300 pixel/inch
Print Width in Inches = 5.5"
Print Height in Inches = 8.09"

Click to Download Preview

Go Back to Thumbnails



**Preview Display:**

http://everettdigitalny.com/LBD/ECMain.asp?EC=HC31WgdZOmDRSWSK.OgdHDM/m3oeld=TSD

**Image 36**

**END/PL ECore**

**Caption**

THE X-FILES, Gillian Anderson, David Duchovny, 1993-2002, TV and Copyright (c) 20th Century Fox Film Corp. All rights reserved. Courtesy: Everett Collection

**High Res Size**

File Size = 366 kb
Width In Pixels = 1576
Height In Pixels = 1183
Resolution = 300 pixel/inch
Width In Inches = 5.25"
Print Height In Inches = 3.94"

**Click to Download Preview**

**Go Back to Thumbnail**

PHOTOGRAPH    3104524462

Safari  File  Edit  View  History  Bookmarks  Window  Help

Wed 4:46 PM

http://everettdigital.com/LBD/ECMain.asp?EC=IC5IOYARG+5XJ0OKK..GYVIM&imageId=TSDXF

**Image Id**
TSDXFL 00305

**Caption**
THE X-FILES, Gillian Anderson, David Duchovny, 1993-2002, TM & Copyright
(C) 20th Century Fox Film Corp. All rights reserved.

**High Res Stats**
File Size : 248 kb
Width in Pixels : 1175
Height in Pixels : 1600
Resolution = 300 pixel/inch
Print Width = 3.91in
Print Height in Inches = 6.40"

Click to Download Preview

Go Back to Thumbnails

Shipment Details

PHUTOGRAPH  3104524462

# FedEx

12/02/2006 05:47 PM

Ship    Track/History    Address Book    Preferences    1st Ship    Reports    My Profile

<< Log out     Home

Your Shipment Details:

@ Quickhelp

**Ship to:**

JOY BURNS
COPYRIGHT OFFICE
101 INDEPENDENCE AVE,
SE
WASHINGTON, DC
205596000
US

**From:**

202-707-8239
Michael Grecco
MGP, INC
1701 PIER AVENUE
SANTA MONICA, CA
90405
US

Tracking no:          3104524461
Your reference:       798555368530
Ship date:            legal & professional
Service Type:         Dec 04 2006
                      Standard Overnight

| | |
|---|---|
| Package Type: | FedEx Box |
| Pickup/Drop Off: | Drop Off |
| Weight: | 1 LBS |
| Dimensions: | 0 x 0 x 0 in |
| Declared Value: | 0  USD |
| Shipper Account Number: | 109850837 |
| Bill transportation to: | 109850837 |
| Courtesy Rate Quote | |
| List Rates: | *26.7 |
| Effective Net Discount: | 34.42 |
| Special Services: | 7.72 |
| Purpose: | Direct signature required |
| Shipment Type: | |
| | Express |

Print

## Please Note

*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

P. 10

Delivered-To: michael@michaelgrecco.com
From: TrackingUpdates@fedex.com
Date: Tue, 5 Dec 2006 10:57:02 -0600 (CST)
Reply-To: <trackingmail@fedex.com>
To: <michael@michaelgrecco.com>
Subject: FedEx Shipment 798555368530 Delivered
X-FedExNet-Message-ID: PN45336214305

TrackingUpdates@fedex.com, 12/5/06 12:04 PM -0500, FedEx Shipment 798555368530 De    1

---

This tracking update has been requested by:

Company Name: MGP, INC

Name: Michael Grecco

E-mail: michael@michaelgrecco.com

---

Our records indicate that the following shipment has been delivered:

Tracking number:          798555368530
Reference:                legal & professional
Ship (P/U) date:          Dec 4, 2006
Delivery date:            Dec 5, 2006 10:55 AM
Sign for by:              R.WALKER
Delivered to:             Shipping/Receiving
Service type:             FedEx Standard Overnight
Packaging type:           FedEx Box
Number of pieces:         1
Weight:                   2.0 LB

Shipper Information                    Recipient Information
Michael Grecco                         JOY BURNS
MGP, INC                               COPYRIGHT OFFICE
1701 PIER AVENUE                       101 INDEPENDENCE AVE, SE
SANTA MONICA                           WASHINGTON
CA                        DC
US                        US
90405                     205596000

Special handling/Services:
Deliver Weekday
Direct Signature Required

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:46 AM CST
on 12/05/2006.

---

Printed for Michael Grecco <michael@michaelgrecco.com>

1

MICHAEL GRECCO PHOTOGRAPHY, INC.

# FAX

1701 PIER AVENUE
SANTA MONICA CA 90405
TELEPHONE 310.452.4461
FACSIMILE 310.452.4462
EMAIL michael@greccophoto.com

**DATE :**     November 14, 2007

**TO :**     Edward Greenberg

**FACSIMILE # :**     212-697-2528

**FROM :**     Michael Grecco

**REGARDING :**

**PAGE 1 OF :**     8

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Dear Edward Greenberg,

Please find to follow a copy of the original package that was send to the copy right office for the Appplegate photographs. Along with a copy of the client invoice and usage terms from the job.

Please let me know if you need anything else.

All the best,

Rebecca D. Shulman

## ASSIGNMENT INVOICE

TO: MAGGIE HAMILTON
DIRECTOR OF MARKETING
KESWICK HAMILTON
3519 WEST SIXTH STREET
LOS ANGELES CA 90020
213-380-3933

INVOICE#    1157
DATE:    1/15/1993
P.O.#

JOB FOR:

DESCRIPTION:                                          JOB TITLE:                APPLEGATE

FOR SHOOTING CHRISTINA APPLEGATE FOR FOX BROADCASTING ON 1/17/92.
USE:

ALL RIGHTS FOR PUBLICITY AND ADVERTSING FOR FOX BROADCASTING ONLY. MICHAEL
GRECCO PHOTOGRAPHY, INC. RETAINS THE COPYRIGHT TO ALL PHOTOGRAPHS AND THE
RIGHT TO USE ANY PHOTOGRAPHS FOR PERSONAL PORTFOLIO AND PROMOTIONAL USE.

FEE:
1 DAY(S) CREATIVE FEE @

|  |  |  |
|---|---|---|
| | $562.50 | $562.50 |
| FEE TOTAL: | | **$562.50** |

LABOR:
2 DAY(S) ASSISTANT #1 @
1 DAY(S) ASSISTANT #2 @
1 STUDIO MANAGER FOR STUDIO RENTAL

|  |  |  |
|---|---|---|
| | $150.00 | $300.00 |
| | $150.00 | $150.00 |
| | $175.00 | $175.00 |
| LABOR TOTAL: | | **$625.00** |

MATERIALS:
47 ROLLS OF 2 1/4 COLOR @
3 ROLLS OF 2 1/4 B & W @
6 POLAROID 669 @
50 ROLLS PROCESSED @
423 IMAGES SLEEVED

|  |  |  |
|---|---|---|
| | $10.00 | $470.00 |
| | $10.00 | $30.00 |
| | $18.00 | $108.00 |
| | $15.00 | $750.00 |
| | $0.10 | $42.30 |
| MATERIALS TOTAL: | | **$1,400.30** |

PRODUCTION:
EQUIPMENT RENTALS: LIGHTS AND 6X8 CAMERA
STUDIO RENTALS
BACKGROUNDS
EXPENDABLES: TAPE, GELS, FILTERS, BATTS., CINEFOIL.
INSURANCE
PROPS: CHAIR
MEALS
87 MILES @
PHONE CALLS L.D. AND CEL. W/ ACCESS
MESSENGERS TO AND FROM LAB

|  |  |  |
|---|---|---|
| | | $565.50 |
| | | $590.00 |
| | | $200.00 |
| | | $100.00 |
| | | $50.00 |
| | | $50.00 |
| | $0.34 | $25.96 |
| | | $29.58 |
| | | $35.00 |
| | | $36.00 |
| PRODUCTION TOTAL: | | **$1,682.04** |

| | | |
|---|---|---|
| SUBTOTAL | | $4,269.84 |
| SALES TAX @ 0.00% | | $0.00 |
| FINAL TOTAL | | $4,269.84 |
| ADVANCE/PAYMENT | | $4,269.84 |
| **BALANCE**    U.S. | | **$0.00** |

**NET 30 - DUE BY 2/14/93**

PLEASE MAKE CHECKS PAYABLE TO "MICHAEL GRECCO", SS# 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