# Limitations on Plaintiff's Rights to Claimed Work

| Image | Subject of Invoice | Language of Invoice |
|---|---|---|
| 5-9, 21, 22 | Hercules and Xena | "**Unlimited usage rights are granted to the client** [MCA Television Group].  Michael Grecco retains the copyright to all photographs.  Michael Grecco also retains the right to use any photograph for personal portfolio and promotional use." |
| 3, 4 | X-Files | "**F.B.C. [Fox Broadcasting Company] all rights for publicity and advertising only.**  Michael Grecco Photography, Inc. retains the copyright to all photographs and the right to use any photographs for personal portfolio and promotional use." |
| 12 - 20 | Frankenstein – The Movie And Frankenstein – The Cast | "**Exclusive unlimited usage rights are granted to the client** [USA Networks].  These rights may not be transferred to any third party. Licensor [Grecco] retains the copyright to all images and the right to use any images or derivative work for portfolio or promotional use." |
| 10 | Sentinel | "**All rights of usage are granted to the client** [United Paramount Network].  Michael Grecco retains the copyright to all photographs. Michael Grecco also retains the right to use any photograph for personal portfolio and promotional use." |
| 11 | Luke Perry | No description of use |