## PROOF OF SERVICE

Deborah Mays, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action. My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. On July 1, 2008, I caused to be served the following:

    **DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS;**

    **RULE 56.1 STATEMENT;**

    **DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS;**

    **DECLARATION OF RON HARVEY; and**

    **DECLARATION OF TOBY M. J. BUTTERFIELD**

by ECF upon:

>   Edward C. Greenberg, Esq.
>   Edward C. Greenberg P.C.
>   570 Lexington Avenue
>   17th Floor
>   New York, NY 10022
>   ecglaw@aol.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 2nd day of July, 2008.

DEBORAH MAYS