## PROOF OF SERVICE

Deborah Mays, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to this action. My business address is 41 Madison Avenue, 34th Floor, New York, New York 10010.

3. On July 3, 2008, I caused to be served the following:

**DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY OR IN THE ALTERNATIVE TO EXTEND THE DISCOVERY PERIOD; and**

**DECLARATION OF TOBY BUTTERFIELD (with accompanying exhibits)**

by ECF upon:

Edward C. Greenberg, Esq.
Edward C. Greenberg P.C.
570 Lexington Avenue
17th Floor
New York, NY 10022
ecglaw@aol.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 3rd day of July, 2008.

*/s/ Deborah Mays*
DEBORAH MAYS