# EDWARD C. GREENBERG, P.C.
## COUNSELORS AT LAW
570 LEXINGTON AVENUE, 17TH FLOOR
NEW YORK, NY 10022

TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528
ecglaw@aol.com

Of Counsel:
Debra S. Reiser

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

**MEMO ENDORSED**

July 18, 2008

VIA FACSIMILE (212) 805-6326
Hon Colleen McMahon
United States District Court
For the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

RE: Michael Grecco v Everett Collection Inc.
Index No.: 07CV 8171

*[signature: Colleen McMahon 7/21/08]*

Hon. Judge McMahon:

    This letter is to advise the Court that as of this date all parties have agreed that the plaintiff will file and serve its opposition to the defendant's summary judgment motion no later then July 25th. July 25th shall also be the deadline for plaintiff to serve its reply in support of its own discovery motion.

Furthermore defendant shall file its reply papers by August 8th.

The Court's courtesy is appreciated in this matter.

Very truly yours,

*[signature]*

Richard P. O'Brien
Law Clerk for Edward Greenberg

Cc: Toby Butterfield