OUTLINE PRESS
SALES REPORT
03-97
G7020
CHECK # 33701

MICHAEL GRECCO
1701 PIER AVENUE
SANTA MONICA CA   90405

I.D.# 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

4/1/97

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|--------|--------|---------|-------|---|-----|
| CORDON PRESS, S.L. | 67378 | D.LYNCH | 150.44 | 50 | 75.22 |
| CORDON PRESS, S.L. | 67378 | VAN DAMME | 175.51 | 50 | 87.76 |
| CORDON PRESS, S.L. | 67378 | VAN DAMME | 351.02 | 50 | 175.51 |
| CORDON PRESS, S.L. | 67378 | VANDAMME | 175.51 | 50 | 87.76 |
| OROP PRESS | 67401 | K. BRENNAGH | 164.00 | 50 | 82.00 |
| OROP PRESS | 67401 | E M SAINT | 231.97 | 50 | 115.99 |
| ✷SJOBERG BILDEBYRA | 67409 | LUKE PERRY | 99.76 | 50 | 49.88 |
| KATZ PICTURES LTD. | 67860 | SONNY BONO | 221.20 | 50 | 110.60 |



TOTAL                                    784.72

# sygma

12/22/97

$ 8,496.28

**AUTEUR     04239**
**RELEVE   OCTOBRE 1997**

MR
MICHAEL GRECCO

1701 PIER AVENUE
CA 90405 SANTA MONICA

## Droits d'Auteur - Sales Report

ff    24087.77

Réglement précédent

| Pays | Journal/Client | Fact. | Report | % | Sujet | Utilisation | Encaissements |
|------|----------------|-------|--------|---|-------|-------------|---------------|
| | | | | | | | 602.49 |
| GRECE | AFISDRAMA 164 | 114255 | 298810 | 50.00 | L'ACTRICE AMERICAINE PAMELA ANDERSON. | | 647.68 |
| GRECE | VIMA 12412 | 114459 | 293567 | 50.00 | RICHARD BRANSON | | 765.58 |
| GRECE | CINE NEWS 06 | 115549 | 295458 | 50.00 | M.JORDAN | C 1 PH. | 300.00 |
| BRESI | BRESIL | 117032 | 295458 | 50.00 | LE BASKETTEUR MAGIC JOHNSON | | 196.00 |
| POLOG | YES | 117724 | 306308 | 50.00 | JOHNNY DEPP. | | 1826.00 |
| F | FIGARO MAGAZINE | 117790 | 318808 | 50.00 | T.C. BOYLE | | 556.67 |
| NORVE | NORSK UKEBLAD | 117938 | 327556 | 50.00 | L'ACTRICE TERI HATCHER. | | 843.67 |
| ESPAG | COSMOPOLITAN | 117962 | 314369 | 50.00 | SERIE "AUX FRONTIERES DU REEL" | | 1687.35 |
| ESPAG | HABLAN | 117962 | 298810 | 50.00 | L'ACTRICE AMERICAINE PAMELA ANDERSON. | | 896.00 |
| POLOG | VIVA | 118039 | 326920 | 50.00 | L'ACTRICE AMERICAINE TEA LEONI. | | 336.00 |
| POLOG | HALO | 118039 | 306308 | 50.00 | L'ACTEUR AMERICAIN JOHNNY DEPP. | | 182.00 |
| POLOG | ANTENA | 118039 | 314369 | 50.00 | SERIE "AUX FRONTIERES DU REEL" | | 196.00 |
| POLOG | HALO | 118039 | 283855 | 50.00 | CHRISTINE APPLEGATE. | C 1/2 p | 500.00 |
| F | GRAND CINEMA | 118070 | 309402 | 50.00 | QUENTIN TARANTINO | C 1/4 p | 500.00 |
| F | GRAND CINEMA | 118070 | 309402 | 50.00 | QUENTIN TARANTINO | C 1 PH. | 300.00 |
| BRESI | BRESIL | 118144 | 302568 | 50.00 | LE BASKETTEUR SHAQUILLE O'NEAL. | C Vign | 722.00 |
| F | VINGT ANS | 118223 | 298810 | 50.00 | PAMELA ANDERSON. | | 2700.00 |
| F | TELE STAR - EMAP | 118275 | 290860 | 50.00 | JOAN VAN ARK | | 2241.07 |
| F | TELE SEPT JOURS | 118276 | 319067 | 50.00 | HELEN HUNT | | 10000.00 |
| F | T.V.MAGAZINE - S | 118541 | 326920 | 50.00 | TEA LEONI | | 563.88 |
| NORVE | SE OG HOR | 118635 | 327556 | 50.00 | L'ACTRICE TERI HATCHER. | | 563.88 |
| NORVE | ALLERS FAMILIEJO | 118635 | 327556 | 50.00 | L'ACTRICE TERI HATCHER. | | 1899.69 |
| ESPAG | IM. DE ACTUALID | 118809 | 312241 | 50.00 | L'ACTEUR PIERCE BROSNAN | | 1290.90 |
| HOLLA | TROS04 | 118812 | 281764 | 50.00 | MEL GIBSON | | 1324.58 |
| HOLLA | NREVU1 | 118812 | 327556 | 50.00 | L'ACTRICE TERI HATCHER. | | 1571.54 |
| HOLLA | BREA01 | 118812 | 320647 | 50.00 | LE GROUPE "NO DOUBT". | | 561.26 |
| HOLLA | TROS04 | 118816 | 283855 | 50.00 | CHRISTINE APPLEGATE. | | 14148.40 |
| GRAND | EXPRESS ON SUNDA | 118836 | 318772 | 50.00 | ANDIE MAC DOWELL. | | 353.7 |
| GRAND | SATURDAY TELEGRA | 118836 | 318298 | 50.00 | DEEPAK CHOPRA | C 1/4 p | 575.0 |
| BRESI | VEJA 1503 | 118906 | 323162 | 50.00 | L'ACTEUR WILL SMITH | | 1052.0 |
| F | LE SOIR | 118986 | 328170 | 50.00 | LE 12/06 : "STAR TREK" | | 4169.6 |
| F | TELE SEPT JOURS | 118999 | 327556 | 50.00 | L'ACTRICE TERI HATCHER. | | 663.6 |
| DANEM | HER & NU | 119003 | 298810 | 50.00 | L'ACTRICE AMERICAINE PAMELA ANDERSON. | | 292.2 |
| PORTU | AGENCIA DIAS DA | 119020 | 306308 | 50.00 | L'ACTEUR AMERICAIN JOHNNY DEPP. | | 292.2 |
| PORTU | AGENCIA DIAS DA | 119020 | 306308 | 50.00 | L'ACTEUR AMERICAIN JOHNNY DEPP. | | 377.1 |
| BELGI | FLAIR N | 119026 | 306308 | 50.00 | L'ACTEUR AMERICAIN JOHNNY DEPP. | | |

Sous-Total                    55698.2

```
                                    OUTLINE PRESS
                                    SALES REPORT
                                       08-96
                                       G7020
                                    CHECK # 31515 9/2/96

                                    I.D.# 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

        MICHAEL GRECCO
        1701 PIER AVENUE
        SANTA MONICA CA   90405
```

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|--------|--------|---------|-------|---|-----|
| KATZ PICTURES LTD. | 61943 | BETTE MIDLER | 167.81 | 50 | 83.91 |
| AUSTRAL INT'L. | 61950 | THE X-FILES | 259.53 | 50 | 129.77 |

Rec'd
9/10/96

TOTAL                                    213.68

OUTLINE PRESS
SALES REPORT
12-93
G7020
CHECK # *22173*
*1/4/94*
I.D.# 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

MICHAEL GRECCO
1701 PIER AVENUE
SANTA MONICA CA  90405

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|---|---|---|---|---|---|
| TEEN BEAT MAGAZINE | 38331 | JASON AND LUKE | 150.00 | 50 | 75.00 |
| ASSOCIATED PUBLICATI | 39625 | CHRISTINA APPLEGATE | 175.00 | 50 | 87.50 |
| ASSOCIATED PUBLICATI | 39625 | CHRISTINA APPLEGATE | 200.00 | 50 | 100.00 |
| HOLLAND | 40294 | DAVID LYNCH | 88.68 | 50 | 44.34 |
| GERMANY | 40300 | J.COLLINS | 125.98 | 50 | 62.99 |
| GERMANY | 40300 | G.CLOSE | 251.96 | 50 | 125.98 |
| GERMANY | 40300 | N.CHERRY | 167.97 | 50 | 83.99 |
| SWEDEN | 40301 | ROSEANNE BARR | 77.77 | 50 | 38.89 |
| ITALY | 40303 | WOODY HARRELSON | 592.26 | 50 | 296.13 |

*1/12/94*

TOTAL                               914.82

```
                                    OUTLINE PRESS
                                    SALES REPORT
                                       12-92
                                       G7020
                                    CHECK # 19029
                                              1/1/93
```

```
        MICHAEL GRECCO
        1701 PIER AVENUE
        SANTA MONICA CA   90405
```

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|---|---|---|---|---|---|
| NATIONAL ENQUIRER | 32733 | JUDITH KRANTZ | 380.00 | 50 | 190.00 |
| STECK--VAUGHN | 33611 | LUKE PERRY | 250.00 | 50 | 125.00 |
| ALLYN AND BACON | 33717 | NWA | 200.00 | 50 | 100.00 |
| COSMOPOLITAN MAGAZIN | 34016 | ALAN ALDA | 200.00 | 50 | 100.00 |
| BURDA PUBLICATIONS | 34370 | GLORIA ESTEFAN | 200.00 | 50 | 100.00 |
| ITALY | 34617 | E.GLASER | 84.05 | 50 | 42.03 |
| NORWAY  (payer:  DEN | 34620 | ROXBURY NIGHTCLUB | 613.67 | 50 | 306.84 |
| DENMARK | 34621 | CLUB 1970 | 110.46 | 50 | 55.23 |
| HOLLAND | 34623 | PRIESTLEY;L.PERRY | 116.97 | 50 | 58.49 |
| HOLLAND | 34623 | EN VOGUE | 97.48 | 50 | 48.74 |



```
                                       TOTAL              1,126.33
```

OUTLINE PRESS
SALES REPORT
01-93
G7020
CHECK # *19349*
*2/1/93*

MICHAEL GRECCO
1701 PIER AVENUE
SANTA MONICA CA  90405

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|--------|--------|---------|-------|---|-----|
|  |  | PHOTO RETURN | -12.25 |  | -12.25 |
| NEW WOMAN MAGAZINE | 33809 | DIANE ENGLISH | 200.00 | 50 | 100.00 |
| BUZZ MAGAZINE | 34142 | CHRIS ELLIOTT | 175.00 | 50 | 87.50 |
| FIRST MAGAZINE | 34171 | JULIA PHILLIPS | 250.00 | 50 | 125.00 |
| ✱SCHOLASTIC MAGAZINE | 34296 | LUKE PERRY | 200.00 | 50 | 100.00 |
| VALLEY MAGAZINE | 34326 | TOM SELLECK | 400.00 | 50 | 200.00 |
| VALLEY MAGAZINE | 34326 | TOM SELLECK | 250.00 | 50 | 125.00 |
| NATIONAL ENQUIRER | 34407 | J.PRIESTLY, L.PERRY | 200.00 | 50 | 100.00 |
| HARRIS PUBLICATIONS | 34501 | NATALIE COLE | 250.00 | 50 | 125.00 |
| NATIONAL ENQUIRER | 34777 | JEAN CLAUDE VAN DAMM | 300.00 | 50 | 150.00 |
| PUBLICATIONS INTERNA | 34819 | GABRIELLE CARTER'S | 100.00 | 50 | 50.00 |
| FOCA, INC. | 34867 | ELIZABETH GLASER | 200.00 | 50 | 100.00 |
| FRANCE | 35083 | J.C.VAN DAMME | 849.39 | 50 | 424.70 |
| SWEDEN | 35088 | J.C.VAN DAMME | 153.67 | 50 | 76.84 |
| ENGLAND | 35090 | KEANU REEVES | 695.02 | 50 | 347.51 |
| NORWAY (payer:  DEN | 35261 | ROSANNE BARR | 106.45 | 50 | 53.23 |
| AUSTRALIA | 35265 | L.PERRY;PRIESTLEY | 173.77 | 50 | 86.89 |
| SWEDEN | 35267 | DAVID LYNCH | 89.64 | 50 | 44.82 |



2/8/93

TOTAL                                2,284.24

OUTLINE PRESS
SALES REPORT
01-94
G7020
CHECK # 22412
2/1/94
I.D.# 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

MICHAEL GRECCO
1701 PIER AVENUE
SANTA MONICA CA   90405

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|--------|--------|---------|-------|---|-----|
| BUSINESS WEEK MAGAZI | 40314 | JOHN TROTTER | 100.00 | 50 | 50.00 |
| ISOPRESS - SENEPART | 40431 | PRIESTLY/LUKE PERRY | 135.68 | 50 | 67.84 |
| ISOPRESS - SENEPART | 40431 | LUKE PERRY | 116.30 | 50 | 58.15 |
| GERMANY | 40565 | ZAPPA | 78.58 | 50 | 39.29 |
| HOLLAND | 40566 | D.LYNCH | 208.88 | 50 | 104.44 |

2/5/94

TOTAL                                    319.72

```
                                              OUTLINE PRESS
                                              SALES REPORT
                                                 06-93
                                                 G7020
                                              CHECK # 20684
                                                     7/1/93
```

```
          MICHAEL GRECCO
          1701 PIER AVENUE
          SANTA MONICA CA  90405
```

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|--------|--------|---------|-------|---|-----|
| MACLEANS MAGAZINE | 36467 | DIANA ENGLISH | 200.00 | 50 | 100.00 |
| WOMANS WORLD | 36728 | DINAH MANOFF | 200.00 | 50 | 100.00 |
| CPI | 36989 | JOHN SINGLETON | 500.00 | 50 | 250.00 |
| STERLING/McFADDEN | 37090 | LUKE AND JASON | 200.00 | 50 | 100.00 |
| GREECE | 37331 | DAVID LYNCH | 264.77 | 50 | 132.39 |
| GERMANY | 37333 | POWER | 83.32 | 50 | 41.66 |
| FINLAND | 37335 | BOB HOSKINS | 52.53 | 50 | 26.27 |
| SWEDEN | 37341 | LUKE PERRY | 102.15 | 50 | 51.08 |



7/6/93

TOTAL                                                 801.40

OUTLINE PRESS
SALES REPORT
12-92
G7020
CHECK # *19029*

*1/1/93*

MICHAEL GRECCO
1701 PIER AVENUE
SANTA MONICA CA   90405

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|--------|--------|---------|-------|---|-----|
| NATIONAL ENQUIRER | 32733 | JUDITH KRANTZ | 380.00 | 50 | 190.00 |
| STECK--VAUGHN | 33611 | LUKE PERRY | 250.00 | 50 | 125.00 |
| ALLYN AND BACON | 33717 | NWA | 200.00 | 50 | 100.00 |
| COSMOPOLITAN MAGAZIN | 34016 | ALAN ALDA | 200.00 | 50 | 100.00 |
| BURDA PUBLICATIONS | 34370 | GLORIA ESTEFAN | 200.00 | 50 | 100.00 |
| ITALY | 34617 | E.GLASER | 84.05 | 50 | 42.03 |
| NORWAY  (payer:  DEN | 34620 | ROXBURY NIGHTCLUB | 613.67 | 50 | 306.84 |
| DENMARK | 34621 | CLUB 1970 | 110.46 | 50 | 55.23 |
| HOLLAND | 34623 | PRIESTLEY;L.PERRY | 116.97 | 50 | 58.49 |
| HOLLAND | 34623 | EN VOGUE | 97.48 | 50 | 48.74 |



1/4/92

TOTAL                    1,126.33

```
                                        OUTLINE PRESS
                                        SALES REPORT
                                           01-93
                                           G7020
                                        CHECK # 19349
                                                2/1/93
```

```
        MICHAEL GRECCO
        1701 PIER AVENUE
        SANTA MONICA CA  90405
```

| CLIENT | INV. # | SUBJECT | GROSS | % | NET |
|--------|--------|---------|-------|---|-----|
|  |  | PHOTO RETURN | -12.25 |  | -12.25 |
| NEW WOMAN MAGAZINE | 33809 | DIANE ENGLISH | 200.00 | 50 | 100.00 |
| BUZZ MAGAZINE | 34142 | CHRIS ELLIOTT | 175.00 | 50 | 87.50 |
| FIRST MAGAZINE | 34171 | JULIA PHILLIPS | 250.00 | 50 | 125.00 |
| SCHOLASTIC MAGAZINE | 34296 | LUKE PERRY | 200.00 | 50 | 100.00 |
| VALLEY MAGAZINE | 34326 | TOM SELLECK | 400.00 | 50 | 200.00 |
| VALLEY MAGAZINE | 34326 | TOM SELLECK | 250.00 | 50 | 125.00 |
| NATIONAL ENQUIRER | 34407 | J.PRIESTLY, L.PERRY | 200.00 | 50 | 100.00 |
| HARRIS PUBLICATIONS | 34501 | NATALIE COLE | 250.00 | 50 | 125.00 |
| NATIONAL ENQUIRER | 34777 | JEAN CLAUDE VAN DAMM | 300.00 | 50 | 150.00 |
| PUBLICATIONS INTERNA | 34819 | GABRIELLE CARTER'S | 100.00 | 50 | 50.00 |
| FOCA, INC. | 34867 | ELIZABETH GLASER | 200.00 | 50 | 100.00 |
| FRANCE | 35083 | J.C.VAN DAMME | 849.39 | 50 | 424.70 |
| SWEDEN | 35088 | J.C.VAN DAMME | 153.67 | 50 | 76.84 |
| ENGLAND | 35090 | KEANU REEVES | 695.02 | 50 | 347.51 |
| NORWAY  (payer:  DEN | 35261 | ROSANNE BARR | 106.45 | 50 | 53.23 |
| AUSTRALIA | 35265 | L.PERRY;PRIESTLEY | 173.77 | 50 | 86.89 |
| SWEDEN | 35267 | DAVID LYNCH | 89.64 | 50 | 44.82 |



```
                                        TOTAL          2,284.24
```