UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── X
Michael Grecco Photography, Inc.,

                07 Civ. 8171 (CM) (JCF)

         Plaintiff(s),

                ORDER OF REFERENCE
   -against-          TO A MAGISTRATE JUDGE
Everett Collection, Inc.,

         Defendant(s).
──────────────────────────────── X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion: _Motion to Compel Discovery_

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: _September 9, 2008_
      New York, New York

SO ORDERED:

_/s/ Colleen McMahon_
Hon. Colleen McMahon
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08
```